UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Manuel Pedro Vuemba</u>

      v.                                                                            Case No. 1:26-cv-00044-JL-TSM

<u>Christopher Brackett, et al.</u>

## **ORDER**

      Before the court is the habeas petition brought by Manuel Pedro Vuemba challenging his ongoing ICE detention.[1]  After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.). [2]  In response, the government noted its belief that "*Destino* was wrongly decided," but conceded that "if [the] Court applies the reasoning in *Destino* to the facts here, Petitioner will be entitled to the same relief."[3]

      Thus, no cause having been shown, the court GRANTS the petition[4] for a bond hearing based on the reasoning in *Destino*, and orders the respondents to provide the petitioner with a bond hearing as soon as practicable.  The petition is denied in all other respects.  The parties shall file a status report within 10 days of this order.

SO ORDERED.

                                                                           _____
                                                                          Joseph N. Laplante
                                                                          United States District Judge

Dated:  February 4, 2026

Cc: Counsel of record

---

[1] Pet. (doc. no. 1)
[2] Show Cause Order (doc. no. 3).
[3] Response to Show Cause Order (doc. no. 4) at 1-2.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[4] Doc. no. 1.